No. 561, Misc.   SWANSON *v.* MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 167, Misc.   BAILEY *v.* HENSLEE, SUPERINTENDENT OF ARKANSAS STATE PENITENTIARY.   Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied without prejudice to a further application for writ of habeas corpus in the appropriate United States District Court, on the question whether members of petitioner's race were deliberately and intentionally limited and excluded in the selection of petit jury panels, in violation of the Federal Constitution. Petitioner *pro se. Bruce Bennett,* Attorney General of Arkansas, and *Thorp Thomas,* Assistant Attorney General, for respondent.

No. 12.   MINNEAPOLIS & ST. LOUIS RAILWAY CO. *v.* UNITED STATES ET AL., *ante,* p. 173;

No. 27.   SOUTH DAKOTA ET AL. *v.* UNITED STATES ET AL., *ante,* p. 173;

No. 28.   MINNESOTA ET AL. *v.* UNITED STATES ET AL., *ante,* p. 173;

No. 461.   ISELIN ET AL. *v.* MENG ET AL., *ante,* p. 913; and

No. 480.   LOCAL 135, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, AFL–CIO, *v.* NATIONAL LABOR RELATIONS BOARD, *ante,* p. 914.   Petitions for rehearing denied.

No. 707, Misc., October Term, 1958.   ELLIS *v.* UNITED STATES, 359 U. S. 998.   Motion for leave to file petition for rehearing denied.